IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| ODIS TERRELL MCLEMORE, #2058244 | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:16cv634 |
| | § | |
| TEXAS BOARD OF PARDONS & PAROLES | § | |

## ORDER OF DISMISSAL

This case was referred to United States Magistrate Judge Christine A. Nowak. The Report and Recommendation of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. Petitioner filed objections.

After reviewing the Report and Recommendation and conducting a *de novo* review of Petitioner's objections, the Court concludes that the findings and conclusions of the Magistrate Judge are correct, and adopts the same as the findings and conclusions of the Court. It is therefore

**ORDERED** that the petition for a writ of mandamus is **DISMISSED** without prejudice for lack of jurisdiction. It is further

**ORDERED** that all motions by either party not previously ruled on are hereby **DENIED**.

**SIGNED this 26th day of October, 2016.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE